**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Hector M Soto | Social Security number or ITIN   xxx–xx–4674 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Sarah J Soto | Social Security number or ITIN   xxx–xx–0036 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 18–28075–JNP | |

# Order of Discharge                                                                                                      12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Hector M Soto

Sarah J Soto
aka Sarah J Schwartz, aka Sarah J Seizeinger, aka Sarah Jo Schwartz

11/8/21

**By the court:** Jerrold N. Poslusny Jr.
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-28075-JNP |
| Hector M Soto | Chapter 13 |
| Sarah J Soto | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 4 |
| Date Rcvd: Nov 08, 2021 | Form ID: 3180W | Total Noticed: 50 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 10, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Hector M Soto, 600 Central Ave #M3, Minotola, NJ 08341-1065 |
| jdb | #+ | Sarah J Soto, 307 South West Blvd, Landisville, NJ 08326-1317 |
| cr | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, Robertson, Anschutz, Schneid & Crane LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 517748151 | + | Buena Housing Authority, 600 Central Ave #1, Minoltola, NJ 08341-1014 |
| 517748157 | + | Donald R. Conrad, 31077 Schoolcraft Rd. Suite 220, Livonia , MI 48150-2039 |
| 517748158 | + | First Premier, 301 S. Minnesota Ave., Sioux Falls, SD 57104-6315 |
| 517748161 | + | Inspira, PO Box 650292, Dallas, TX 75265-0292 |
| 517748162 | + | Littman Jewelers, 1000 Mac Arthur Blvd., Mahwah, NJ 07430-2035 |
| 518170148 | + | Nationstar Mortgage LLC D/B/A Mr Cooper, ATTN: Bankruptcy Dept, PO Box 619096, Dallas, TX 75261-9096 |
| 518802210 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, RAS CITRON, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 517852047 | | PACIFIC UNION FINANCIAL, LLC, 1603 LBJ FREEWAY ST 500, FARMERS BRANCH TX 75234 |
| 517748164 | + | Pacific Union Financial, 1603 LBJ Freeway #500, Farners Brach, TX 75234-6071 |
| 517748166 | + | Regional Diagnostic Imaging, LLC, 2527 Cranberry Hwy., Wareham, MA 02571-1046 |
| 517748167 | + | So Jersey HS EMG PHYS, PO Box 740021, Cincinnati, OH 45274-0021 |
| 517748168 | + | St. John Providence, PO Box 42008, Phoenix, AZ 85080-2008 |
| 517748169 | + | St. Joseph Hospital Collection Accounts, 1802 NE Loop 410 Suite 400, San Antonio, TX 78217-5221 |
| 517826564 | + | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 08 2021 20:31:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 08 2021 20:31:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | Nov 08 2021 20:31:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, Robertson, Anschutz, Schneid & Crane LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 517804582 | + | EDI: LCIFULLSRV | Nov 09 2021 01:23:00 | Antero Capital, LLC, PO BOX 1931, Burlingame, CA 94011-1931 |
| 517748149 | + | EDI: TSYS2.COM | Nov 09 2021 01:23:00 | Barclay, PO Box 8803, Wilmington, DE 19899-8803 |
| 517748150 | + | EDI: WFNNB.COM | Nov 09 2021 01:23:00 | Boscov's, PO Box 659622, San Antonio, TX 78265-9622 |
| 517748152 | | EDI: CAPITALONE.COM | Nov 09 2021 01:23:00 | Capital One, 15000 Capital One Dr., Richmond , VA 23238 |
| 517801139 | | Email/PDF: MerrickBKNotifications@Resurgent.com | | |

Case 18-28075-JNP    Doc 51    Filed 11/10/21    Entered 11/11/21 00:12:45    Desc Imaged
Certificate of Notice    Page 4 of 6

| | | | |
|---|---|---|---|
| District/off: 0312-1 | | User: admin | Page 2 of 4 |
| Date Rcvd: Nov 08, 2021 | | Form ID: 3180W | Total Noticed: 50 |

| | | | | |
|---|---|---|---|---|
| | | | Nov 08 2021 20:38:41 | CW Nexus Credit Card Holdings l, LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 517748153 | + | EDI: CAPITALONE.COM | Nov 09 2021 01:23:00 | Capital One, PO Box 6492, Carol Stream, IL 60197-6492 |
| 517824181 | | EDI: CAPITALONE.COM | Nov 09 2021 01:23:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 517748154 | + | EDI: CITICORP.COM | Nov 09 2021 01:23:00 | Citi Cards, PO Box 70166, Philadelphia, PA 19176-0166 |
| 517748156 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 08 2021 20:38:52 | Credit One Bank, PO Box 60500, City of Industry, CA 91716-0500 |
| 517748155 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 08 2021 20:38:51 | Credit One Bank, PO Box 98875, Las Vegas, NV 89193-8875 |
| 517748159 | + | EDI: WFNNB.COM | Nov 09 2021 01:23:00 | Game Stop Comenity, PO Box 182120, Columbus, OH 43218-2120 |
| 517748160 | + | EDI: PHINGENESIS | Nov 09 2021 01:23:00 | Indigo Celtic Bank, 268 S. State St. Suite 300, Salt Lake City, UT 84111-5314 |
| 517858328 | | EDI: JEFFERSONCAP.COM | Nov 09 2021 01:23:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 517781483 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 08 2021 20:38:44 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517869207 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 08 2021 20:38:44 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517780737 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 08 2021 20:38:53 | LVNV Funding, LLC its successors and assigns as, assignee of Capital One Bank (USA), N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517748163 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 08 2021 20:38:40 | Merrick Bank, 101 Crossways Park Dr., Woodbury, NJ 11797-2020 |
| 519279771 | + | EDI: AISMIDFIRST | Nov 09 2021 01:23:00 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6077, MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 519279770 | + | EDI: AISMIDFIRST | Nov 09 2021 01:23:00 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 517873081 | | EDI: PRA.COM | Nov 09 2021 01:23:00 | Portfolio Recovery Associates, LLC, C/O Synchrony Bank, POB 41067, Norfolk VA 23541 |
| 517867603 | | EDI: PRA.COM | Nov 09 2021 01:23:00 | Portfolio Recovery Associates, LLC, c/o Care Credit, POB 41067, Norfolk VA 23541 |
| 517873067 | | EDI: PRA.COM | Nov 09 2021 01:23:00 | Portfolio Recovery Associates, LLC, c/o Gamestop, POB 41067, Norfolk VA 23541 |
| 517873074 | | EDI: PRA.COM | Nov 09 2021 01:23:00 | Portfolio Recovery Associates, LLC, c/o Paypal Smart Connect, POB 41067, Norfolk VA 23541 |
| 517862890 | | EDI: PRA.COM | Nov 09 2021 01:23:00 | Portfolio Recovery Associates, LLC, c/o Walmart Credit Card, POB 41067, Norfolk VA 23541 |
| 517748165 | + | EDI: RMSC.COM | Nov 09 2021 01:23:00 | Pay Pal Smart Connect, PO Box 965005, Orlando, FL 32896-5005 |
| 517829721 | + | EDI: JEFFERSONCAP.COM | Nov 09 2021 01:23:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn |

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Nov 08, 2021 | Form ID: 3180W | Total Noticed: 50 |

| Recip ID | | EDI | | Date | Name and Address |
|---|---|---|---|---|---|
| 517863741 | | EDI: Q3G.COM | | Nov 09 2021 01:23:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 517749851 | + | EDI: RMSC.COM | | Nov 09 2021 01:23:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517748171 | + | EDI: RMSC.COM | | Nov 09 2021 01:23:00 | Synchrony Bank Care Credit, PO Box 960061, Orlando, FL 32896-0061 |
| 517748170 | + | EDI: RMSC.COM | | Nov 09 2021 01:23:00 | Synchrony Bank Care Credit, 950 Forrer Blvd., Kettering, OH 45420-1469 |
| 517748172 | + | EDI: RMSC.COM | | Nov 09 2021 01:23:00 | Walmart, PO Box 965024, Orlando, FL 32896-5024 |

TOTAL: 34

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518170149 | *+ | Nationstar Mortgage LLC D/B/A Mr Cooper, ATTN: Bankruptcy Dept, PO Box 619096, Dallas, TX 75261-9096 |
| 517829722 | *+ | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 10, 2021                           Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 8, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Harold N. Kaplan | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper hkaplan@rasnj.com informationathnk@aol.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| R. A. Lebron | on behalf of Creditor PACIFIC UNION FINANCIAL LLC bankruptcy@fskslaw.com |
| Rebecca Ann Solarz | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper rsolarz@kmllawgroup.com |
| Sindi Mncina | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper smncina@raslg.com |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 4 of 4 |
| Date Rcvd: Nov 08, 2021 | Form ID: 3180W | Total Noticed: 50 |

Terry Tucker
                on behalf of Debtor Hector M Soto terrytucker@comcast.net

Terry Tucker
                on behalf of Joint Debtor Sarah J Soto terrytucker@comcast.net

U.S. Trustee
                USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9